**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

July 29, 2008

United States District Court
Eastern District of California
Office of the Clerk
501 "I" Street, Room 4-200
Sacramento, California  95814

**RE:   Steven D. Bell  -v- J.D. Hartley, Warden, Case Number C-08-3269-TEH (PR)**

Dear Clerk,

      Pursuant to an *order transferring* the above captioned case to your court, transmitted herewith are:

    ☐    Certified copy of docket entries.

    ☐    Certified copy of Transferral Order.

    ☐    Original case file documents.

    X    Please access the electronic case file for all the pleadings you may need.

        Sincerely,
        RICHARD W. WIEKING, Clerk

        by:  Thelma Nudo
            Deputy Clerk

Enclosures
Copies to counsel of record